IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE MONEYHAM, # 198467, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:15-CV-858-WKW |
| R. GASDON, *et al.*, | ) |
| Defendants. | ) |

# **ORDER**

On December 8, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 6th day of January, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE